UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
KEVIN T. MADDISON and DAVID WALTON,
individually and on behalf of
all other persons similarly situated,

                                              NOTICE OF MOTION FOR
                                              PRELIMINARY APPROVAL
                                              OF PROPOSED CLASS ACTION
                                              SETTLEMENT

                        Plaintiffs,

                                              Case No 17 CV 359 (LEK)(ATB)

      -against-

COMFORT SYSTEMS USA (SYRACUSE), INC,
d/b/a ABJ FIRE PROTECTION CO., INC.

                        Defendant.
---------------------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that upon the attached Affirmation of Jason J. Rozger, Esq., with exhibits, the attached Memorandum of Law and all prior pleadings and proceedings in this action, Plaintiff will move before the Hon. Lawrence E. Kahn, United States District Judge, in the James T. Foley United States Courthouse, located at 445 Broadway, Albany, New York, on a date and time to be determined by the Court, for an Order pursuant to Fed. R.Civ. Proc. 23, preliminarily approving the parties' proposed class action settlement, setting a date for the final approval hearing, and for such other relief as the Court deems just and proper.

                                              Respectfully Submitted,

Dated:  New York, New York
           September 29, 2022

                                              MENKEN SIMPSON & ROZGER LLP

By:     ____Jason Rozger /s/_____
        Jason J. Rozger
        Bar Roll # 105874
        80 Pine Street, 32nd Floor
        New York, NY 10005
        Tel. (212) 509-1616
        Fax (212) 509-8088
        jrozger@nyemployeelaw.com