UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN T. MADDISON and DAVID WALTON,
individually and on behalf of
all other persons similarly situated,

                                                  **NOTICE OF MOTION FOR**
                                                  **FINAL APPROVAL**
                                                  **OF CLASS ACTION**
                                                  **SETTLEMENT**

                          Plaintiffs,

                                                  Case No 17 CV 359 (LEK)(ATB)

      -against-

COMFORT SYSTEMS USA (SYRACUSE), INC,
d/b/a ABJ FIRE PROTECTION CO., INC.

                          Defendant.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that upon the attached Affirmation of Jason J. Rozger, Esq., with exhibits, the attached Memorandum of Law and all prior pleadings and proceedings in this action, Plaintiff will move before the Hon. Lawrence E. Kahn, United States District Judge, in the James T. Foley United States Courthouse, located at 445 Broadway, Albany, New York, on November 2, 2023, for an Order pursuant to Fed. R.Civ. Proc. 23, finally approving the parties' class action settlement, and for such other relief as the Court deems just and proper.

                                                    Respectfully Submitted,

Dated:  New York, New York
         October 3, 2023

                                                  MENKEN SIMPSON & ROZGER LLP

                                     By:    ____ /s/_____

                                                Jason J. Rozger
                                                Bar Roll # 105874
                                                80 Pine Street, 32nd Floor
                                                New York, NY 10005
                                                Tel. (212) 509-1616
                                                Fax (212) 509-8088
                                                jrozger@nyemployeelaw.com